IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFAYETTE CADE,

        Plaintiff,        1: 08 CV 0183 AWI WMW PC

    vs.                    ORDER RE MOTION (DOC 4)

MIKE KNOWLES, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding in a civil action against defendant correctional officials. Plaintiff filed this action in Kings County Superior Court on August 29, 2007. On February 5, 2008, Defendants filed a Notice of Removal, removing this action to this court. Plaintiff has filed a motion to remand this action back to state court.

      Defendants removed this case pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(b) on the ground that Plaintiff's action arises under federal law. Plaintiff seeks to remand this action on the ground that he has filed an amended complaint in which state law "predominates." Section 1441(b) provides that an action can be removed, even if a claim arises under federal law. There is no such claim or showing here that Plaintiff's action does not include any federal claims.

      Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to remand this action is denied.

1

1  IT IS SO ORDERED.

2  **Dated:  February 26, 2009**            **/s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE