IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAFAYETTE CADE,

    Plaintiff,               1: 08 CV 00 183 AWI YNP GSA (PC)

    vs.                      ORDER RE MOTION (DOC 5)

STATE OF CALIFORNIA, et al.,

    Defendants.

    Plaintiff has filed a motion "requesting the provision of the court's calendar for times and dates for calling each motion." Plaintiff is advised that, pursuant to Local Rule 78-230(m), all motions will be heard on the pleadings. Should the Court desire to place a motion on calendar for oral argument, Plaintiff will be advised of the date and time of the hearing.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the provision of the court's calendar is denied.

    IT IS SO ORDERED.

    Dated:   **August 17, 2009**              /s/ **Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE